UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 21CR1096-WQH |
|---|---|
| Plaintiff, | ) **ORDER GRANTING CONTINUANCE OF MOTION HEARING AND TRIAL SETTING** |
| vs. | ) |
| CAMILLIA JILL PALOMERA, | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:

Defendant's motion to continue the MOTION HEARING AND TRIAL SETTING DATE from October 28, at 9:00 a.m. to December 2, 2021 at 9:00 a.m. is granted. Ms. Palomera's Motion Hearing and Trial Setting date will be continued to December 2, 2021 at 9:00 a.m. in front of the Honorable William Q. Hayes. Time is excluded under the Speedy Trial Act, 18 USC. Section 3161(h)(7)(a) in the interests of justice so that client may consider the government's offer. The ends of justice are served by this continuance of the date. **SO ORDERED**.

Dated: October 26, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court