# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CAMILLIA JILL PALOMERA,<br>　　　　　　　　Defendant. | Case No.: 21CR1096-WQH<br><br>ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF MOTION HEARING |

　　　　Upon the joint motion of the United States of America and the Defendant, and good cause appearing,

　　　　IT IS HEREBY ORDERED that the Joint Motion for Continuance of the Motion Hearing (Document No. 57) is Granted.

　　　　IT IS FURTHER ORDERED that the Motion Hearing currently set for May 12, 2022 at 9:00 a.m. be continued to August 4, 2022, at 9:00 a.m.

　　　　IT IS FURTHER ORDERED that time is excludable under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  May 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　	　　　　　　　　　　　　　United States District Court